942

No. 795, Misc. BEASLEY v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 798, Misc. SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 794, Misc. CATRON v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 800, Misc. GULLAHORN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 803, Misc. WOLF v. BROWNELL, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied. *John Caughlan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for respondents.

No. 805, Misc. LEGGETT v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Kenneth Coffelt* for petitioner.

No. 849, Misc. WILKINS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 838, Misc. GARDNER v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 867, Misc. ECKWERTH v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Stephen C. Vladeck* for petitioner.